In the Matter of ANONYMOUS et al., Appellants, v DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted February 27, 2012; decided May 1, 2012

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

VICTOR Y. BATSHEVER, Appellant, v DANIEL BLACK et al., Respondents.

Submitted February 27, 2012; decided May 1, 2012

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* CPLR 5602). Motion for poor person relief dismissed as academic.